No. 446. SNC MANUFACTURING CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *Walter S. Davis* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 450. VIOLET TRAPPING CO., INC. *v.* TENNESSEE GAS TRANSMISSION CO. Sup. Ct. La. Certiorari denied. *John W. Bryan, Jr.,* for petitioner. *Ernest A. Carrere, Jr., Clyde R. Brown* and *H. A. Messmore* for respondent.

No. 451. BOND *v.* TWIN LAKES RESERVOIR & CANAL CO. ET AL. Sup. Ct. Colo. Certiorari denied. *W. David McClain, Edwin A. Williams* and *Eugene A. Bond* for petitioner. *Eugene S. Hames* for respondents.

No. 452. RIDGEWAY *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. *Lee Ward* for petitioner. *Bruce Bennett,* Attorney General of Arkansas, and *Beryl Anthony, Jr.,* Assistant Attorney General, for respondent.

No. 454. BOROUGH OF FORD CITY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *George P. Cheney, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis* and *Howard O. Sigmond* for the United States.

No. 455. IN RE ANONYMOUS, AN ATTORNEY *v.* COORDINATING COMMITTEE ON DISCIPLINE. Ct. App. N. Y. Certiorari denied. *Leonard Feldman* for petitioner. *Angelo T. Cometa* for respondent.